**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AKIL TEVA WHITAKER and TIEGA-NOEL VARLACK,

    Plaintiffs,

v.

ALAMEDA COUNTY and RAMSEY D. JACKSON,

    Defendants.

_____/

No. C 12-05923 JSW

**ORDER TO SHOW CAUSE**

On February 22, 2013, Defendants County of Alameda and Ramsey Jackson filed a motion for judgment on the pleadings and set the hearing for March 29, 2013. The opposition to the motion was due to be filed no later than March 8, 2013. No opposition has been filed.

The Court HEREBY ISSUES this Order to Show Cause requiring Plaintiffs Akil Teva Whitaker and Tiega-Noel Varlack to respond in writing by no later than March 29, 2013, whether they intend to oppose the outstanding motion for judgment on the pleadings. Failure to respond at that time shall result in entry of judgment in Defendants' favor.

In addition, the hearing scheduled for March 29, 2013 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: March 22, 2013

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE