IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIL TEVA WHITAKER and TIEGA-NOEL VARLACK,<br><br>       Plaintiffs,<br><br>  v.<br><br>ALAMEDA COUNTY and RAMSEY D. JACKSON,<br><br>       Defendants.<br>_____/ | No. C 12-05923 JSW<br><br>**ORDER DISCHARGING ORDER SHOW CAUSE, SETTING DEADLINE ON OPPOSITION BRIEF, AND VACATING CASE MANAGEMENT CONFERENCE** |

       On March 22, 2013, this Court issued an order to show cause requiring an opposition to Defendants' outstanding motion for judgment on the pleadings. On March 28, 2013, the Court received a notice from Plaintiffs' counsel indicting that he was unable to respond due to his ill health and requested additional time to respond.

       The Court had previously set a case management conference for May 6, 2013 and has now received notice that Plaintiffs' counsel remains too ill to be able to contribute to preparation of the joint case management statement.

       The Court HEREBY VACATES its previous order to show cause and GRANTS Plaintiffs additional time to prepare an opposition to the outstanding motion for judgment on the pleadings until June 28, 2013. Failure to file an opposition or a request for substitute counsel by that time shall result in entry of judgment in Defendants' favor. A reply, if any, shall be filed no later than July 12, 2013.

1   In addition, case management conference scheduled for May 6, 2013 at 1:30 p.m. is
2 HEREBY VACATED.
3   **IT IS SO ORDERED.**

5 Dated: April 29, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE