UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIL TEVA WHITAKER, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>ALAMEDA COUNTY, et al.,<br><br>      Defendants. | Case No. 12-cv-05923-JD<br><br>**ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO PROSECUTE** |

On August 27, 2014, after many failures to appear by plaintiffs and their counsel at status conferences and hearings, and a total lack of any prosecution of the case, the Court dismissed this action without prejudice. *See* Dkt. No. 48. The Court gave plaintiffs one last chance to restore this action to active status by notifying the Court within 30 days of dismissal that they intended to prosecute the case. *Id.* The Court also advised plaintiffs and counsel that a failure to provide that notice would result in dismissal with prejudice for failure to prosecute. *Id.* The 30 days have come and gone without a word from the plaintiffs or their counsel. Consequently, this case is dismissed with prejudice under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**.

Dated: October 6, 2014

_____
JAMES DONATO
United States District Judge